# **CERTIFICATE OF SERVICE**

    I,_____, do on this _____ day of October, 2005, swear under penalty of perjury that a same and true copy of Plaintiff's Complaint was sent via first class mail to: the General Counsel's Office of the Department of Defense, 1600 Defense Pentagon, Washington, DC  20301-1600; the Attorney General, Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0001; and that a same and true copy of Plaintiff's Complaint was served via hand delivery to the United States Attorney's Office, Judiciary Center Building, 555 Fourth St., N.W., Washington, DC  20530.

                         _____

                         Doug Hartnett, Esq.

                         Counsel for Plaintiff