UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. MULHERN,           ) | |
|                               ) | |
|     Plaintiff,                ) | |
|                               ) | |
|     v.                        ) | Civil Action No. 05-2036 (PLF) |
|                               ) | |
| DONALD RUMSFELD, Secretary,   ) | |
| United States Department of Defense, ) | |
|                               ) | |
|     Defendant.                ) | |
| _____ ) | |

## DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Donald Rumsfeld, Secretary of the United States Department of Defense ("Defendant"), through counsel, respectfully moves this Court to enlarge the time within which he may respond to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendant's counsel has consulted with Plaintiff's counsel concerning this motion. Plaintiff consents to the relief requested.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. MULHERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-2036 (PLF) |
| | ) |
| DONALD RUMSFELD, Secretary, | ) |
| United States Department of Defense, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

1. Pursuant to Fed. R. Civ. P. 6(b)(1), the deadline for answering or otherwise responding to a complaint may be extended for good cause shown if the extension request is made before the expiration of the period for answering.

2. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), when the United States is a defendant, it must respond to a complaint within 60 days of service on the U.S. Attorney's Office.

3. Plaintiff filed the complaint herein on October 17, 2005, and served the U.S. Attorney's Office on December 13, 2005. Thus, Defendant's deadline for responding to the complaint is February 13, 2006.

4. The undersigned has not had an opportunity to review all of the facts and circumstances surrounding Plaintiff's action. Defendant therefore would request an additional 30 days within which to answer, move, or otherwise plead to Plaintiff's complaint.

5. Defendant has not previously sought an extension of the answer deadline.

6. Plaintiff consents to the requested extension.

WHEREFORE, Defendant respectfully requests that he be given until March 15, 2006, to answer, move, or otherwise plead to the complaint.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney