UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. MULHERN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD RUMSFELD, Secretary, )<br>United States Department of Defense, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2036 (PLF) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Consent Motion for Enlargement of Time to Respond to Complaint, his memorandum of points and authorities in support thereof, the lack of any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until Wednesday, March 15, 2006, to answer, move, or otherwise plead to the complaint.

_____
PAUL L. FRIEDMAN
United States District Court Judge

cc:

By ECF