IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. MULHERN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2036 (PLF) |
| ) | |
| DONALD RUMSFELD, Secretary, ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for defendant in the above-captioned case and withdraw the appearance of Assistant United States Attorney Stratton C. Strand.

\_\_\_\_/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895/ FAX 202-514-8780


\_\_\_\_/s/_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-514-7236/ FAX 202-514-8780