**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL G. MULHERN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action Number: 05-2036 (PLF)** |
| ) | |
| **DONALD RUMSFELD, Secretary,** ) | |
| **United States Department of Defense,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

## ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, United States of America, by and through the United States Attorney for the District of Columbia, and, for its Answer to the Plaintiff's Complaint in the above entitled and numbered cause, herein admits, denies, and alleges as to the enumerated paragraphs of Plaintiff's Complaint as follows:

1. Paragraph 1 contains a statement regarding plaintiff's claim to which no response is required.

Paragraph 2:    Defendant Admits the allegations contained in this paragraph.

Paragraph 3:    Defendant denies that Donald Rumsfeld, in his official capacity is the proper defendant in this suit.  Defendant admits the remaining allegations contained in paragraph 3.

Paragraph 4:    Defendant denies that plaintiff's career was exemplary and that plaintiff

1

received outstanding performance appraisals every year.   Defendant admits the remaining allegations contained in paragraph.

Paragraph 5:    Defendant Admits the allegations contained in this paragraph.

Paragraph 6:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 6

Paragraph 7:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 7.

Paragraph 8:    Defendant Admits the allegations contained in this paragraph.

Paragraph 9:    Defendant admits that a meeting was held on or about March 1, 2004 with the listed attendees. Defendant denies the remaining allegations contained in paragraph 9.

Paragraph 10:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 10.

Paragraph 11:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 11.

Paragraph 12:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 12.

Paragraph 13:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 13.

Paragraph 14:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 14.

Paragraph 15:    Paragraph 15 contains a statement of law to which no response is required.  The provisions of the Privacy Act speak for themselves and Defendant respectfully

refers the Court to the referenced statute for an accurate and complete statement of its contents.

Paragraph 16:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 16.

Paragraph 17:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 17.

Paragraph 18:    Defendant denies the allegations contained in this paragraph.

Paragraph 19:    Defendant is without knowledge or information sufficient to form a belief regarding what plaintiff believes.  Defendant denies the remainder f the allegations contained

Paragraph 20:    Defendant denies the allegations contained in this paragraph.

Paragraph 21:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 21.

Paragraph 22:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 22.

Paragraph 23:    Defendant denies the allegations contained in this paragraph.

Paragraph 24:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 24.

Paragraph 25:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 25.

Paragraph 26:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 26.

Paragraph 27:    Defendant is without knowledge or information sufficient to form a

belief regarding the truth of the allegations in paragraph 27.

Paragraph 28:    Defendant is without knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph as to what the plaintiff alleges. Defendant denies the substance of the allegation.

Paragraph 29:    Paragraph 29 contains a claim for damages to which no response is required

Sub paragraph 1 - Defendant denies the allegations contained in this paragraph.

Sub paragraph 2 - Defendant denies the allegations contained in this paragraph.

Sub paragraph 3 - Defendant denies the allegations contained in this paragraph.

Sub paragraph 4 - Defendant denies the allegations contained in this paragraph.

Sub paragraph 5 - Defendant denies the allegations contained in this paragraph

Request for Relief:

Paragraph 1- This paragraph complaint contains a prayer for relief, to which no response is required.  To the extent a response could be deemed to be required, the Defendant denies the Plaintiff is entitled to any recovery against the United States.

Paragraph 2 - This paragraph complaint contains a prayer for relief, to which no response is required.  To the extent a response could be deemed to be required, the Defendant denies the Plaintiff is entitled to any recovery against the United States.

 Paragraph 3 - This paragraph complaint contains a prayer for relief, to which no response is required.  To the extent a response could be deemed to be required, the Defendant denies the Plaintiff is entitled to any recovery against the United States.

Paragraph 4 - This paragraph complaint contains a prayer for relief, to which no response

is required.  To the extent a response could be deemed to be required, the Defendant denies the

Plaintiff is entitled to any recovery against the United States.

Paragraph 5 - This paragraph complaint contains a prayer for relief, to which no response

is required.  To the extent a response could be deemed to be required, the Defendant denies the

Plaintiff is entitled to any recovery against the United States.

Except to the extent expressly admitted or qualified above, Defendant denies each and

every allegation in the Complaint.

## DEFENSES

1.  Some or all of Plaintiffs' Claims have failed to state a claim for which relief can be

granted.

2.  In none of the releases of information alleged in the Complaint did the agency or its

agents act in an intentional or wilful manner.

3.  No information alleged to have been released came from a system of records.

4.  Secretary of Defense Donald Rumsfeld is not is not a proper defendant for alleged

violations of the Privacy Act by the National Reconnaissance Office.


Respectfully submitted,


_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


5

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780