IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. MULHERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2036 (PLF) |
| ) | |
| DONALD RUMSFELD, Secretary, ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS REPLY**

Plaintiff brings this case under the Privacy Act, 5 U.S.C. § 552a, alleging an unauthorized disclosure of information. Defendants respectfully move this Court for a seven (7) day enlargement of time through and including November 6th, 2006, within which to file its dispositive motion. Good cause exists to grant this motion:

1. Defendants' motion is presently due on October 30, 2006.

1. Counsel for Defendant has been diligently working on this matter; however, additional time is need to adequately address the issues in this case.

2. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

3. This is the first enlargement of time sought regarding matter.

4. Plaintiff through counsel has consented to this request.

For these reasons, defendants requests that the Court grant their Motion for Enlargement of Time Within Which to which to file their dispositive motion. A proposed order is included

with this Motion.

                        Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895