**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL G. MULHERN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action Number: 05-2036 (PLF)** |
| | ) | |
| **DONALD RUMSFELD, Secretary,** | ) | |
| **United States Department of Defense,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for an Enlargement of Time to file its dispositive motion, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including November 6, 2006, to file its motion.

Dated this _____ day of _____, 2006.

_____
Paul L. Friedman
United States District Judge

Copies to:
Parties via ECF