IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL G. MULHERN**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2036 (PLF) |
| ) | |
| **DONALD RUMSFELD, Secretary,** ) | |
| **United States Department of Defense,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____) | |

**ORDER**

This matter comes before the Court on Defendant's Motion for Summary Judgment.

Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of

_____, 20___ hereby

**ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that judgment shall be entered for Defendant, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

This is a final, appealable order.

**SO ORDERED**.


_____
Paul L. Friedman
United States District Judge

Copies to:
Parties via ECF