IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL G. MULHERN )
)
Plaintiff, )
v. ) Civil Action Number: 05-2036 (PLF)
)
DONALD RUMSFELD, Secretary )
United States Department of Defense, )
)
Defendant )
)
)

## DECLARATION

LINDA S. HATHAWAY hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. In my official capacity, I serve as Chief of the National Reconnaissance Office (NRO), Freedom of Information Act (FOIA) and Privacy Act (PA) Office. I am the FOIA and PA Initial Denial Authority for the NRO. All FOIA and PA requests addressed to the NRO are processed and tracked by my office.

2. I am familiar with Plaintiff's Complaint that is the subject of this case. I make the following statement based upon my personal knowledge and information made available to me in my official capacity.

3. The purpose of this Declaration is to explain on the public record that a thorough search of our tracking database reveals that Plaintiff has not submitted a request for documentation to the NRO FOIA PA Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November 2006.

Linda Sue Hathaway
Chief, Freedom of Information Act &
Privacy Act Office
National Reconnaissance Office