# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL G. MULHERN** )<br>)<br>**Plaintiff,** )<br>)<br>v.  )<br>)<br>**DONALD RUMSFELD, Secretary,** )<br>**United States Department of Defense,** )<br>)<br>**Defendant.** )<br>)<br>_____) | Civil Action Number: 05-2036 (PLF) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

                                                           Respectfully submitted,

                                                           _____/s/_____
                                                           STEVEN M. RANIERI
                                                           Special Assistant U.S. Attorney
                                                           555 Fourth St., N.W.
                                                           Room E4408
                                                           Washington, D.C.  20530
                                                           202-353-9895  / FAX 202-514-8780