IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL G. MULHERN )
)
          Plaintiff, )
v. ) Civil Action Number: 05-2036 (PLF)
)
DONALD RUMSFELD, Secretary )
United States Department of Defense, )
)
          Defendant )
)

## DECLARATION

STEVEN BREEN OLSON, hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746:

    1. I am a Senior Industrial Security Representative at Lockheed Martin Corporation. I was formerly Plaintiff's manager from approximately 1999-2001 when we both worked for the same Intelligence Community Agency.

    2. I am familiar with Plaintiff's Complaint, Case No. 1:05CV02036, dated 10/17/2005. I make the following statements to the best of my recollection and belief.

    3. The purpose of this Declaration is to explain on the public record my association with Robert Shaheen and the telephone call I received from him regarding Plaintiff's work ethic as a polygraph examiner under my supervision.

    4. I have known Robert Shaheen since at least 1997. From 1998 – 2001 we shared a common profession, that of supervisor of polygraph examiners and our offices were in the same building. Shaheen knew that I served as Plaintiff's supervisor from approximately 1999-2001.

    5. On or about the spring of 2004, I received a telephone call from Shaheen inquiring about Plaintiff's performance as a polygraph examiner while Plaintiff was under my supervision. I advised Shaheen that Plaintiff was a good examiner. I asked Shaheen why he wanted to know, to which he responded there was a quality control issue with Plaintiff's polygraph examinations

and Plaintiff was not being allowed to conduct polygraph examinations. This is essentially the same information that Plaintiff shared with me around the same time period.

6. I never relayed information from the conversation described in paragraph 5 to Daniel Engle, nor Veronica Romero, nor any other Lockheed Martin employee.

I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection and belief. Executed this 1st day of November 2006.

*[signature]*

Steven B. Olson
Senior Industrial Security Representative
Lockheed Martin Corporation

2