**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL G. MULHERN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action Number: 05-2036 (PLF) |
| | ) |
| **DONALD RUMSFELD, Secretary,** | ) |
| **United States Department of Defense,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Michael Mulhern, by and through undersigned Counsel hereby requests an enlargement of time until November 27, 2006 to file his Response to the Defendant's Motion for Summary Judgement. Plaintiff has consulted with opposing counsel, who consents to this Motion.

Respectfully submitted,

_____
F. Douglas Hartnett
DC Bar # 466851
Elitok and Hartnett at Law, LLC
2428 Wisconsin Ave., NW
Washington, DC 20007
202-965-0529

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. MULHERN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: 05-2036 (PLF) |
| | ) |
| DONALD RUMSFELD, Secretary, | ) |
| United States Department of Defense, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND

Under Fed. R Civ. P. 6(b) The Court may grant an enlargement of time for good cause shown. On the evening of Monday November 13, Plaintiff's Counsel experienced a personal tragedy in the form of the accidental death of his close companion's 12 year old son. Although not legally married, the mother and counsel are in a committed and close relationship. He has been attending to her and her surviving child during this tragedy, and has not been able to write a response to the Motion to Dismiss. Plaintiff respectfully asks for an extension until November 27, 2006, due to the intervening Thanksgiving holiday next week.

Because this Motion is non-dispositive, consultation with opposing counsel is required under L Cv R.7(m). Plaintiff's counsel did consult with opposing counsel on November 14, 2006 by telephone. Opposing counsel does not oppose this Motion for an Enlargement of time.

Dated: November 16 , 2006        Respectfully Submitted:
                                                           /s/

                                                 F. Douglas Hartnett

> Elitok and Hartnett at Law, L.L.C.
> 2428 Wisconsin Avenue, NW
> Washington, DC 20007
> (202) 965-0529 / (202) 965 0530 (fax)