IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL G. MULHERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: 05-2036 (PLF) |
| | ) |
| DONALD RUMSFELD, Secretary, | ) |
| United States Department of Defense, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having considered Plaintiff's Motion for an Enlargement of Time to Respond, the Memorandum of Points and Authorities in Support, the consent of opposing counsel, and the entire record herein, it is, on this ____ day of ____, 2006:

ORDERED: that Plaintiff's Motion for an Enlargement of Time to Respond shall be and hereby is, GRANTED; and it is

FURTHER ORDERED: That Plaintiff shall submit her Response to the Defendant's Motion to Dismiss for Failure to State a Claim no later than November 27, 2006.

_____
Paul L. Freidman
United States District Judge