## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL G. MULHERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2036 (PLF) |
| ) | |
| DONALD RUMSFELD, Secretary, ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO FILE OUT OF TIME

Plaintiff's Counsel respectfully requests the Court accept the attached Response to Defendant's Motion for Summary Judgement.  Undersigned counsel repeatedly attempted to file this document last night, but was not able to do so.  Upon returning from Court in VA this morning, counsel called the EFC helpline and discovered that he was using the wrong Login Name and Password.  Counsel sincerely apologizes for this error, but notes that there is absolutely no prejudice to Defendants based on this delay and requests that the Court forgive counsel's ineptitude and lack of familiarity with the electronic filing process.

Undersigned Counsel contacted Defendant's Counsel by telephone today to request conscent to this motion, and Defendant's Counsel graciously agreed.

Dated: November 28, 2006     Respectfully Submitted:

           /s/
F. Douglas Hartnett
Elitok and Hartnett at Law, L.L.C.
2428 Wisconsin Avenue, NW
Washington, DC 20007
(202) 965-0529 / (202) 965 0530 (fax)