**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL G. MULHERN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number: 05-2036 (PLF) |
| DONALD RUMSFELD, Secretary, United States Department of Defense, | ) |
| Defendant. | ) |

**ORDER**

Having considered Plaintiff's Motion to File Out of Time, the consent of opposing counsel, and the entire record herein, it is, on this ____ day of ____, 2006:

ORDERED: that Plaintiff's Motion to File out of Time shall be and hereby is, GRANTED; and it is

FURTHER ORDERED: That the Court will accept the Plaintiff's Response the the Defendant's Motion for Summary Judgement attached to this Motion.

_____
Paul L. Freidman
United States District Judge