**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL G. MULHERN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number: 05-2036 (PLF) |
| DONALD RUMSFELD, Secretary, United States Department of Defense, | ) |
| Defendant. | ) |

**ORDER**

Having considered Defendatn's Motion for Summary Judgement, the Plaintiff's Response, and both party's related Memoranda of Points and Authorities, and the entire record herein, it is, on this ____ day of _____, 200___:

ORDERED: that Defendant's Motion for Summary Judgement shall be and hereby is, DENIED.

_____
Paul L. Freidman
United States District Judge