UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MICHAEL G. MULHERN,                 )
                                    )
       Plaintiff,                   )
                                    )
       v.                           )    Civil Action No. 05-2036 (PLF)
                                    )
ROBERT M. GATES, Secretary,         )
United States Department of Defense,[1] )
                                    )
       Defendant.                   )
_____ )


ORDER

       Defendant filed a motion for summary judgment on November 1, 2006. Appended to that motion are four sworn declarations attesting to certain factual matters underlying the complaint. On November 28, 2006, plaintiff filed a motion for leave to file his opposition out of time, a motion that was granted. Plaintiff's opposition to the motion for summary judgment, filed on November 29, 2006, contains a declaration from plaintiff in support, but the declaration is not signed. The Court therefore cannot consider it in opposition to the facts asserted by the defendant's properly sworn declarations pursuant to 28 U.S.C. § 1746 until such time as the declarant has signed his declaration.

       Accordingly, it is hereby

       ORDERED that, within ten days from the date of this Order, plaintiff shall provide the properly signed declaration of Michael G. Mulhern; and it is

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Secretary of Defense Robert M. Gates has been substituted for former Secretary of Defense Donald Rumsfeld.

FURTHER ORDERED that if such properly signed declaration is not received, the Court shall treat as conceded the factual matters asserted in the properly submitted and sworn declarations appended to the defendant's motion for summary judgment.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 16, 2007