UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
MICHAEL G. MULHERN,                      )
                                         )
      Plaintiff,                        )
                                         )
      v.                                )   Civil Action No. 05-2036 (PLF)
                                         )
ROBERT M. GATES,[1]                      )
Secretary, United States Department of Defense, )
                                         )
      Defendant.                        )
_____)


ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Defendant's Motion for Summary Judgment [8] is GRANTED with respect to plaintiff's claim that defendant violated Section 522a(b) of the Privacy Act, 5 U.S.C. §§ 522a *et seq.*, through improper disclosure; it is

FURTHER ORDERED that plaintiff's claim that defendant violated Section 522a(d) of the Privacy Act, 5 U.S.C. §§ 522a *et seq.*, by failing to provide plaintiff with access to records is DISMISSED without prejudice for lack of subject matter jurisdiction; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Secretary of Defense Robert M. Gates has been substituted for former Secretary Donald Rumsfeld.

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  <u>See</u> Fed. R. App. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 4, 2007